UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Sharkey,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>J. Duke, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00449-CDS-DJA<br><br>**Order** |

　　　Before the Court is Plaintiff James Sharkey's *ex parte* motion for leave to file documents electronically. (ECF No. 24). Under Local Rule IC 2-1(b), a *pro se* litigant may request the Court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 24).

　　　Plaintiff has filed his motion *ex parte* but has not followed the Local Rules for doing so. *See* LR IA 7-2(b). The Court will thus remove the *ex parte* designation from the motion. Plaintiff must not file any further documents on an *ex parte* basis without following Local Rule IA 7-2(b).

　　　**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 24) is **granted**.

　　　**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

1    **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to unseal and
2    remove the *ex parte* designation from Plaintiff's filing at ECF No. 24.

4    DATED: March 13, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE