# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Sharkey,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>J. Duke; Las Vegas Metro Police,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00449-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to amend complaint (ECF No. 28) and motion to file electronically (ECF No. 29). However, Plaintiff does not attach his proposed amended complaint to his motion to amend as required by Nevada Local Rule 15-1(a).[1] And the Court has already granted Plaintiff's motion for leave to file electronically. (ECF No. 25).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend (ECF No. 28) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to file electronically (ECF No. 29) is **denied as moot.**

DATED: April 10, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules of Practice for the United States District Court, District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/