AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

James Sharkey

                Plaintiff,

  v.

J. Duke

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00449-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant J. Duke and against Plaintiff James Sharkey. Case closed.

12/19/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ MAM  
Deputy Clerk